ACCEPTED
04-15-00392-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 4:06:24 PM
KEITH HOTTLE
CLERK

## No. 04–15–00392–CV

JOYCE ANN SARRO

vs.

MICHAEL A. SARRO

IN THE COURT OF APPEALS

4TH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 4:06:24 PM
KEITH E. HOTTLE
Clerk

### Motion For Leave To File an Amended Brief Including an Appendix

Comes now appellant, Joyce Ann Sarro, and moves the Court to grant leave to file an amended brief with an appendix, pursuant to Tex. R. App. P. 10.1, 10.5, 38.1, 38.7, and Article I, section 19 of the Texas Constitution.

1. Appellant's brief was due on November 20, 2015, and a brief was placed in the electronic filing system that day, but it did not include an appendix.

2. Three items for the appendix were not in the clerk's record. Two of them would have to have been extracted from a cd of the clerk's file at the district clerk's office (different from the cd of the clerk's record), which when placed on a cd-rom disc is not done by individual documents, but by numerous documents being combined into one computer file in the pdf format. In addition, some items for the appendix did not seem to be "text searchable" in the pdf format in the clerk's record, and they also had to be extracted from a different cd. Thus, time did not permit that operation with computer software to extract the documents in order to create an appendix and then combine it with the brief into one pdf formatted computer file.

3. It was also discovered that the clerk's record when displayed in a pdf viewer on an Apple Mac machine showed pages 1-354, and numbered page one of the clerk's record was on pdf page 6. However, after the brief was completed, the clerk's record was checked in the Adobe Acrobat Reader software, and it showed this for the pages: 157 (1 of 354). Page one of the clerk's record appeared as "162 (6 of 354)". So all of the citations in the brief to the clerk's record showing the pdf page of the record had to be changed, since an Adobe

Acrobat Reader program would be more likely to be used to look at the clerk's record.

4.  The petition history has been added to the case citations, one citation has been corrected in the index, punctuation has been changed in one sentence on page nine, and two documents have been added to those listed in the appendix—the order denying a new trial in 2015 and a copy of Tex. R. App. P. 34.6.

5.  Appellant requests leave to file an amended brief with an appendix and the corrections described above, and an attempt will be made to try to include it as an attachment or second document to this motion in the electronic filing system.

6.  A request will be made to the Bexar County District Clerk today for a supplemental clerk's record for three documents that do not appear to be in the clerk's record, as noted in the brief. One of them was admitted into evidence at the hearing on a motion for new trial, but was not in the clerk's record itself.

7.  This request for leave to file is not sought solely for delay, but that justice may be done.

8.  An inquiry was made about this motion to the attorney for Appellee on Sunday afternoon, November 22, and by 2:30 p.m. this date, the twenty-third, a reply had not yet been received regarding whether the motion would be opposed or not opposed.

## Prayer

Therefore, Joyce Ann Sarro prays that this motion be filed, that leave to file an amended brief that includes the appendix be granted, and that she have such other relief, in law or equity, to which she may be justly entitled.

Respectfully submitted,

/s/ R. Robert Willmann, Jr.

---

R. Robert Willmann, Jr.
Attorney at Law
P.O. Box 460167
San Antonio, Texas 78246
Tel 844.244.9973
Temporary Fax 361.552.4305
willaw@prismnet.com
Bar No. 21655960

## Certificate of Service

I certify that this motion was served by–

electronic service through an electronic filing manager or by fax, as applicable, to Rachel Sadovsky; Cordell & Cordell; 10101 Reunion Place, Suite 250; San Antonio, Texas 78216 (rsadovsky@cordelllaw.com) (attorney for Michael A. Sarro);

on the 23rd day of November, 2015.

/s/ R. Robert Willmann, Jr.

---

R. Robert Willmann, Jr.